**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KRYSTAL THERESA DAVIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-CV-1307** |
| | : | |
| **PHILADELPHIA POLICE DEPT.,** | : | |
| ***et al.*,** | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

**AND NOW**, this 5th day of May, 2022, upon consideration of Plaintiff Krystal Theresa Davis's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.     The Complaint is **DEEMED** filed.

3.     The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4.     The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**